ISLER v. STATE. (No. 4728.)

(Court of Criminal Appeals of Texas. Nov. 28, 1917.)

BAIL ⊕⇒65—APPEAL BOND—DISMISSAL.

The recognizance failing to set out the amount of punishment, as required by the statutory form, but only reciting charge of aggravated assault, and conviction of simple assault, appeal will be dismissed.

Appeal from Jasper County Court; C. C. Brown, Judge.

Richard Isler was convicted, and appeals. Appeal dismissed.

C. C. Ingram, of Jasper, for appellant. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was charged with aggravated assault on his wife, and was convicted of simple assault, and fined in the sum of $25.

We think the motion of the Assistant Attorney General to dismiss the appeal on account of the insufficiency of the recognizance should be sustained. The recognizance fails to set out the amount of the punishment as is required by the statutory form. It recites that appellant was charged with aggravated assault and convicted of simple assault, but does not mention the amount of punishment.

The motion will be sustained, and the appeal dismissed.